IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BMO HARRIS BANK N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case Number CIV-22-298-C |
| | ) |
| B T AUTO TRANSPORT, L.L.C. a/k/a | ) |
| B T AUTO TRANSPORT, L.L.C. d/b/a | ) |
| BT EXP GLOBAL SERVICES; | ) |
| WILLIAM TURNER and SHERI | ) |
| TURNER, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

Plaintiff has filed a Motion for Entry of Default against Defendant Sheri Turner. Therein Plaintiff notes that although Defendant Sheri Turner has been properly served, she has failed to file a responsive pleading. Plaintiff has attached affidavits and other evidentiary materials supporting its request for default.

Upon review of the materials submitted by Plaintiff with its motion and the Court's file, the Court finds it has jurisdiction in this matter, that venue is proper, and that Plaintiff is entitled to default judgment on its claims against Defendant Sheri Turner.

Accordingly, Plaintiff's Motion for Entry of Default as to Defendant Sheri Turner Only (Dkt. No. 5) is GRANTED. At the conclusion of the case, Judgment will be entered in favor of Plaintiff and against Defendant Sheri Tuner.

IT IS SO ORDERED this 24th day of May, 2022.

ROBIN J. CAUTHRON
United States District Judge